# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

QWEST COMMUNICATIONS INTERNATIONAL
INC., a Delaware corporation

V.

CONQWEST, INC., a Massachusetts
corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-11878 RCL

TO: (Name and address of Defendant) ConQwest, Inc., 84 October Hill Road, Bldg. 7,
Holliston, MA 01746

c/o Michelle Dulet
Res. 14 Lowell Rd Natick

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Weld, Jr., Esq.
Raymond P. Ausrotas, Esq.
TODD & WELD LLP
28 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within    twenty    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



8-27-04

**CLERK**

(By) DEPUTY CLERK

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: September 04, 2004 |
| NAME OF SERVER: JOSEPH OLINTO | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By ~~handing~~ /leaving true and attested copies thereof ~~to~~ __at the last and usual place of abode of Michelle Drolet,__ Duly Authorized Agent for the within-named __Defendant, ConQwest, Inc.__

Said service was made at:
__14 Lowell Road, Natick__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ __40.00__     _____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __September 04, 2004__          *Joseph Olinto*
Date                                        Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| ALSO SERVED: | | | $ _____ |
| - CIVIL ACTION COVER SHEET | | | $ _____ |
| - CASE CATEGORY SHEET | | | $ _____ |
| - AO FORM 120 | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     Boston, MA 02109              Fax #       (617) 720-5737