IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11878 RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

    Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

    Defendant.

## PLAINTIFF'S MOTION TO ADMIT KURT S. LEWIS *PRO HAC VICE*

Plaintiff Qwest Communications International Inc. ("Plaintiff"), through the undersigned counsel, moves this Court to admit Kurt S. Lewis to practice *pro hac vice* for purposes of the above-captioned matter pursuant to Local Rule 83.5.3(b). As grounds for this motion, Plaintiff states:

1. The undersigned counsel are associated with the law firm of Todd & Weld LLP and are members in good standing of the Bar of the United States District Court for the District of Massachusetts.

2. Kurt S. Lewis is an attorney with the law firm of Webb Lewis & Meyers, LLC of Denver, Colorado, and, together with counsel from Todd & Weld LLP, represents Plaintiff in this action.

3. As shown by his affidavit attached hereto as <u>Exhibit A</u> (i) Attorney Lewis is a member in good standing in every jurisdiction where he has been admitted to practice, (ii) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The undersigned will serve as local counsel to Attorney Lewis for Plaintiff in this matter.

Wherefore, Plaintiff respectfully requests an Order admitting Attorney Lewis to practice in this action *pro hac vice*.

Respectfully submitted,

BY: _____

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777

Attorneys for Plaintiff
Qwest Communications International Inc.

OF COUNSEL:

Kurt S. Lewis (Reg. No. 11,386)
Stephen T. Erwin (Reg. No. 32,643)
**LEWIS + MEYERS, LLC**
2300 Fifteenth Street, Suite 320
Denver, Colorado 80202
(303) 534-5040
(303) 534-5039 fax

Attorneys for Plaintiff
Qwest Communications International Inc.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (hand) on 12-1-04

2