IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11878 RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

Defendant.

## AFFIDAVIT OF KURT S. LEWIS
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Kurt S. Lewis, Esquire, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I am competent to be a witness and I have personal knowledge of the facts and matters stated herein.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, including the State of Colorado and the United States District Court for the District of Colorado.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

4. I have read and am familiar with the local rules of this Court.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 1st DAY OF DECEMBER, 2004.

_____
Kurt S. Lewis, Esq.