UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL, INC.<br><br>A Delaware corporation,<br><br>              Plaintiffs<br><br>v.<br><br>CONQWEST, INC.,<br>A Massachusetts corporation,<br><br>              Defendants. | **CIVIL ACTION NO.: 04-11878-RCL** |

**DEFENDANT, CONQWEST, INC.'S, ASSENTED TO MOTION TO REQUEST SETTLEMENT CONFERENCE**

    Defendant, CONQWEST, Inc., through its undersigned counsel, hereby moves the Court to schedule a settlement conference before Judge Lindsay between all parties to the above-captioned matter as follows:

    1)    The Parties have been engaged in settlement discussions since January 19, 2005 but have been unable to settle this matter.

    2)    As of this date, the Parties are within $20,000.00 of settling this matter.

    3)    The instant Motion has been assented to by counsel for Plaintiff, Kurt R. Lewis.

    4)    The Parties believes that a settlement conference with all Parties and their respective counsel in front of Judge Lindsay will provide the needed impetus to the settlement of this matter.

5)      The Defendant CONQWEST now seeks leave for this Court grant the instant Assented to Motion to Request Settlement Conference and schedule a settlement conference as soon as possible so as to settle this matter without further Court intervention.

WHEREFORE, the Defendant requests this Court to grant the instant Assented to Motion and schedule a settlement conference between all Parties, and for such other relief this Court deems fair and equitable, including any extension of the discovery dates for no less than three months.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned counsel spoke with counsel for Plaintiff, Kurt R. Lewis, on May 26, 2005 regarding the subject matter of this Motion, and as noted above, Plaintiff assents to the scheduling of a settlement conference between all parties.

Dated: May 27, 2005

> Respectfully submitted,
> Defendant,
> CONQWEST, INC.,
> By its attorney:
>
> *[signature: Rosemary A. Macero]*
>
> _____
> Rosemary A. Macero (BBO # 544271)
> Macero & Associates, P.C.
> One Thompson Square, Suite 301
> Boston, MA 02129
> (617) 242-5000