## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.:  04-11878-RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

     Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

     Defendant.

---

### ORDER

---

     The Court having reviewed the parties Stipulated Motion to Amend Pretrial Deadlines and enter Protective Order and being fully advised in the premises thereof

     HEREBY ORDERS the pretrial deadlines in this case are amended as follows:

1. Fact discovery, including fact depositions, due by November 15, 2005;
2. Plaintiff to disclose expert witnesses by December 30, 2005;
3. Defendant to disclose expert witnesses by February 15, 2006;
4. Final discovery due by April 1, 2006;
5. Motions due by May 1, 2006.

     THE COURT FURTHER ORDERS that the proposed Protective Order submitted to this Court on February 11, 2005 which was rejected by the Court on June 4, 2005 is accepted for filing and hereby entered as an Order of this Court.

     DATED THIS _____ DAY OF _____, 2005

                  By the Court

                  _____

                  US District Court Judge