October 26, 2005

Lisa Hourihan
Jarrett Lovett
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Qwest Communications International, Inc. v. CONQWEST, Inc.
      Docket No.: 04-11878-RCL

Dear Ms. Hourihan:

      Please allow this correspondence to serve as the Defendant, CONQWEST, Inc.'s formal request for permission to bring one (1) laptop computer into the Courthouse on Thursday, October 27, 2005 with regard to the settlement conference scheduled for 10:00 AM with Mag. Judge Alexander. My client, Michele Drolet, President of CONQWEST, Inc., will be in possession of said laptop computer.

      Thank you for your attention to this matter. Please call with any additional questions or concerns you may have.

                                         Very truly yours,


                                         Richard F. Cheslofska