AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | Massachusetts |
|---|---|---|

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Plaintiff,

v.

CONQWEST, INC.,

    Defendant.

**APPEARANCE**

Case Number: 04-CV-11878 RCL

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff, Qwest Communications International, Inc.

    I certify that I am admitted to practice in this court.

*/s/ Heidi E. Harvey*   11/10/05
Signature

Heidi E. Harvey — 548114
Print Name — Bar Number

Fish & Richardson P.C., 225 Franklin St
Address

Boston — MA — 02110-2804
City — State — Zip Code

(617) 542-5070 — (617) 542-8906
Phone Number — Fax Number