## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11878-RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

    Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

    Defendant.

### STIPULATED MOTION TO AMEND PRETRIAL SCHEDULE

The parties, through their counsel, hereby stipulate and agree as follows:

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2**

The parties have jointly consulted regarding this Stipulated Amendment pursuant to Local Rule 7.2 and stipulate and agree to the entry of this motion as an order of the Court.

1.    The parties have had extended discussions regarding settlement in this case and have delayed discovery and conserved costs as a part of those discussions.

2.    As a result of the extended discussions of settlement including a Court ordered mediation which began on October 27, 2005 and which was continued until December 9, 2005, the parties seek to reschedule the deadlines in this case to facilitate the completion of the case if the case is not settled at the Mediation.

3.    The parties jointly request the Court amend the Scheduling Order to reflect to following dates:

  a. Fact discovery, including depositions, due by March 31, 2006;

  b. Plaintiff to disclose expert witnesses by May 15, 2006;

  c. Defendant to disclose expert witnesses by June 30, 2006;

  d. Final discovery due by July 15, 2006;

  e. Motions due by August 30, 2006;

Respectfully submitted this 11th day of November, 2005.

_____
Kurt S. Lewis (Reg. No. 11386, Colorado)
LEWIS SCHEID LLC
2300 Fifteenth Street, Suite 320
Denver, Colorado 80202
(kurt@lewisscheid.com)
(303) 534-5040
(303) 534-5039 (facsimile)

Christopher Weld, Jr. (BBO # 522230)
Raymond P. Ausrotas (BBO # 640315)
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 227-5777 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

_____
Rosemary Macero (BBO# 544271)
Macero & Associates, P.C.
One Thomson Square, Suite 311
Boston, MA 02129
(617) 242-5000

**ATTORNEY FOR DEFENDANT**