# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

Telephone
617 542-5070

W.K. Richardson
1859-1951

Facsimile
617 542-8906

November 10, 2005

Web Site
www.fr.com

**By Hand Delivery**

Magistrate Judge Joyce London Alexander
United States District Court for Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   <u>Qwest Communications International, Inc. v. Conqwest, Inc.</u>
      Civil Action No. 04-cv-11878 RCL

Dear Magistrate Judge Alexander:

I am writing on behalf of Plaintiff Qwest Communications International, Inc. to advise that our firm is today filing an appearance on behalf of plaintiff. We understand that the matter has been referred to you for mediation and that the next conference is scheduled for December 9, 2005, at 10:00 a.m. We hope that our appearance in the case is a positive force in the direction of settlement.

In familiarizing ourselves with the case on the merits and the status of settlement discussions, we learned as an initial matter that you had requested that the Chief Executive Officer of Qwest be present at the next mediation conference. We respectfully request that you reconsider that order and whether his attendance is likely to be helpful to the settlement process, where his principle responsibilities for the company as a whole mean that he is not versed in this dispute in particular or trademark law in general. Qwest will, of course, have a corporate representative present who is fully prepared on the matter and has the full authority to settle the case as required by Local Rule 16.4.

FISH & RICHARDSON P.C.

Magistrate Judge Joyce London Alexander
November 10, 2005
Page 2


We are advised that plaintiff can expect a further written proposal for settlement from defendant's counsel this week. Please be assured that we will consider it in good faith in consultation with our client, respond promptly, and keep you informed of the progress of these settlement discussions.

Very truly yours,

*[signature: Heidi E. Harvey]*

Heidi E. Harvey

cc: Rosemary A. Macero, Esq., Macero & Associates, P.C.
    Kurt S. Lewis, Esq., Lewis Scheid LLP
    Christopher Weld, Jr., Esq., Todd & Weld LLP


21204729.doc