# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

RAYMOND P. AUSROTAS
Email: rausrotas@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

December 8, 2005

## VIA E-FILING AND FACSIMILE: (617) 748-4584

Jarrett Lovett, Esq.
Clerk to the Honorable Joyce L. Alexander
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 7410
Boston, MA 02210

> Re:    ***Qwest Communications International Inc. v. ConQwest, Inc.,***
> U.S. District Court, C.A. No. 04-11878 RCL

Dear Mr. Lovett:

Per our conversation this morning, and my voicemail messages since, I have contacted all counsel of record in the above-captioned matter. All parties have agreed to continue the mediation that was otherwise scheduled to proceed tomorrow, until an agreed date in January.

The Defendant has indicated its availability on January 12, 13, 17 and 18, which are currently under consideration by the Plaintiff. Should these dates present a conflict for the Court's schedule, we will be more than happy to accommodate alternative dates.

To the extent that the Court requires the formality of a written motion to continue to be filed by the parties, I have confirmed the assent of Plaintiffs and we are in agreement that you may deem this letter as such.

Should you have any questions, or need anything further, please feel free to contact me.

Thank you for your consideration.

Sincerely,

Raymond P. Ausrotas

RPA:cas

cc:    Rosemary A. Macero, Esq. *(via e-filing and facsimile)*
Heidi E. Harvey, Esq. *(via e-filing and facsimile)*
Kurt S. Lewis, Esq. *(via e-filing and facsimile)*
Christopher Weld, Jr., Esq.