UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

QWEST COMMUNICATIONS )
INTERNATIONAL, INC., )
a Delaware corporation, )
)
Plaintiff, )
) CIVIL ACTION NO.: 04-11878-RCL
v. )
)
CONQWEST, INC., )
a Massachusetts corporation, )
)
Defendant. )

**DEFENDANT, CONQWEST, INC.'S FINAL REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF QWEST COMMUNICATIONS INTERNATIONAL, INC.**

Defendant, CONQWEST, INC. ("Defendant"), hereby makes their Final Request for Answers to Interrogatories pursuant to Fed.R.Civ.P. Rule 33(b). Defendant state that on February 11, 2005, Defendant served Defendant's First Set of Interrogatories on Plaintiff, Qwest Communications International, Inc. ("Plaintiff"). Plaintiff's answers to interrogatories were not filed within thirty (30) days from the date of service. The time within which the Plaintiff was required to serve answers to interrogatories expired on March 14, 2005. Plaintiff shall apply for final judgment for relief or dismissal pursuant to Fed.R.Civ.P. 33(b) unless the Plaintiff serves their answers to Defendant's First Set of Interrogatories on or before the time prescribed by Fed.R.Civ.P. 33(b).

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned counsel sent letters to Plaintiff's Counsel on November 22, 2005 and November 30, 2005 requesting answers to the Defendant's First Set of Interrogatories, and as noted above, Plaintiff has failed to provide any answers to the Defendant's First Set of Interrogatories.

Respectfully submitted,

Defendant,
CONQWEST, INC.,
By its attorney:

_____
Rosemary A. Macero (BBO # 544271)

_____
Richard F. Cheslofska (BBO # 658710)
Macero & Associates, P.C.
One Thompson Square, Suite 301
Boston, MA 02129
(617) 242-5000

Dated: December 28, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12-28-05