UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br>      Plaintiff, <br><br>v. <br><br>CONQWEST, INC., <br><br>      Defendant. | Civil Action No. 04-cv-11878 RCL |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for plaintiff Qwest Communications International, Inc. I certify that I am admitted to practice in this court.

Dated:  January 10, 2006                            /s/ Thomas A. Brown
                                                                            Thomas A. Brown (BBO #657715)
                                                                           FISH & RICHARDSON P.C.
                                                                           225 Franklin Street
                                                                           Boston, MA  02110-2804
                                                                           Tel:  (617) 542-5070
                                                                           Fax: (617) 542-8906

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was served by electronic filing on all counsel of record, on this tenth day of January, 2005.

                                                                         /s/ Thomas A. Brown
                                                                              Thomas A. Brown (BBO #657715)

21242644.doc