UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
QWEST COMMUNICATIONS )
INTERNATIONAL, INC., )
a Delaware corporation, )
 )
      Plaintiff, )
 ) CIVIL ACTION NO.: 04-11878-RCL
v. )
 )
CONQWEST, INC., )
a Massachusetts corporation, )
 )
      Defendant. )
_____)

**DEFENDANT, CONQWEST, INC.'S MOTION TO COMPEL THE
PRODUCTION OF DOCUMENTS AND LOCAL RULE 7.1(A)(2) COMPLIANCE
<u>CERTIFICATE</u>**

      Now Comes Defendant, CONQWEST, INC. ("Defendant") and moves this Court to Compel the Plaintiff, Qwest Communications International, Inc.'s response to the Defendant's First Requests for the Production of Documents under Fed.R.Civ.P. Rule 34. For Cause, the Defendant states that on February 1, 2005, Defendant served Defendant's Responses to Requests for the Production of Documents on Plaintiff, Qwest Communications International, Inc. ("Plaintiff"). Plaintiff's responses to the requests for documents were not filed within thirty (30) days from the date of service and have not been filed to date. The time within which the Plaintiff was required to serve answers to interrogatories expired on March 4, 2005. To date, the Plaintiff has failed and refused to provide its responses to the Defendant's Requests for the Production of Documents numbered **1** through **62**.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned counsel sent letters to Plaintiff's Counsel on November 22, 2005 and November 30, 2005 requesting responses to the Defendant's First Request for the Production of Documents, and as noted above, Plaintiff has failed to provide any responses to the Defendant's First Request for the Production of Documents.

## REQUEST FOR ORAL ARGUMENT

The undersigned counsel requests an oral argument for the within Motion to Compel.

Respectfully submitted,

Defendant,
CONQWEST, INC.,
By its attorney:

*(signature)*

_____
Rosemary A. Macero (BBO # 544271)
Macero & Associates, P.C.
One Thompson Square, Suite 301
Boston, MA 02129
(617) 242-5000

Dated: January 10, 2006