UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CONQWEST, INC.,<br><br>    Defendant. | Civil Action No. 04-cv-11878 RCL |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and D. Mass. L.R. 7.3, Plaintiff Qwest Communications International, Inc. hereby states that it has no parent corporation. Plaintiff further states that Legg Mason, Inc., together with its subsidiaries, hold 13.2% of plaintiff's stock. No other publicly-held company owns 10% or more of its stock.

Dated: January 12, 2006

/s/ Heidi E. Harvey
Heidi E. Harvey (BBO 548114)
Thomas Brown (BBO 657715)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 12th day of January, 2006.

                                                /s/ Heidi E. Harvey
                                                Heidi E. Harvey

21220374.doc