IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-cv-11878-RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

    Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

Kurt Lewis of Lewis Scheid LLC, hereby moves, pursuant to LR, D.Mass. 83.5.2(c), for leave to withdrawal as counsel for Plaintiff. In support therefore, Kurt Lewis states as follows:

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Undersigned counsel has contacted counsel for Defendant regarding this Motion for Leave to Withdraw as Representative. Counsel for Defendant does not oppose the relief requested in this Motion.

### MOTION

1.     Kurt S. Lewis of Lewis Scheid LLC requests to withdraw as counsel for Plaintiff in this matter. Attached as Exhibit A is the Proposed Notice of Withdrawal of Kurt Lewis as Counsel for Plaintiff.

2.     Thomas Brown and Heidi Harvey of Fish Richardson, P.C. have entered their appearance as new counsel for Plaintiff.

3.     Plaintiff consents to the withdrawal of Kurt Lewis. Plaintiff's new

counsel has been advised of the status of the proceeding and all files have been transferred to new counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant Kurt Lewis leave to file the attached Notice of Withdrawal of Kurt Lewis as Counsel for Plaintiff.

Respectfully submitted this 18th day of January, 2006.

/s/Kurt Lewis
Kurt S. Lewis (Reg. No. 11386, Colorado)
LEWIS SCHEID LLC
2300 Fifteenth Street, Suite 320
Denver, Colorado 80202
(kurt@lewisscheid.com)
(303) 534-5040
(303) 534-5039 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2006.

I hereby certify that, on January 18, 2006, the foregoing document was served via U.S. First Class mail, postage prepaid, addressed as follows:

Qwest Communications International
Attn: Christine Searls
1801 California Street, Suite 3800
Denver, CO 80202

/s/Kurt Lewis