IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-cv-11878-RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

    Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

    Defendant.

**[PROPOSED] NOTICE OF WITHDRAWAL OF KURT LEWIS AS COUNSEL FOR PLAINTIFF**

    Kurt Lewis of Lewis Scheid LLC hereby gives notice of his withdrawal as attorney for Plaintiff in the above-captioned matter.

    Kurt S. Lewis (Reg. No. 11386, Colorado)
LEWIS SCHEID LLC
2300 Fifteenth Street, Suite 320
Denver, Colorado 80202
kurt@lewisscheid.com
(303) 534-5040
(303) 534-5039 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _____, 2006.

**EXHIBIT A TO UNOPPOSED MOTION FOR LEAVE TO WITHDRAW**