# MACERO & ASSOCIATES, P.C.
**Attorneys At Law**
One Thompson Square
Suite 301
Boston, MA 02129

| | |
|---|---|
| Richard F. Cheslofska | Phone (617) 242-5000 |
| rfc@macerolaw.com | Fax     (617) 242-5566 |

January 24, 2006

VIA ELECTRONIC FILING

Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Qwest Communications International, Inc. v. CONQWEST, Inc.
      Docket No.: 04-11878-RCL

Dear Sir or Madam:

Enclosed please find concerning the above referenced matter the following document:

1. MOTION TO ALLOW DEFENDANT, CONQWEST, INC., TO FILE AN AMENDED ANSWER AND COUNTERCLAIM; and
2. PROPOSED AMENDED ANSWER, COUNTERCLAIMS AND JURY CLAIM OF DEFENDANT CONQWEST, INC.

Thank for your attention to this matter.  Please call with any additional questions or concerns you may have.

Very truly yours,

Richard F. Cheslofska

Enclosure

Cc:    Heidi E. Harvey
        Fish & Richardson P.C.
        225 Franklin Street
        Boston, MA 02110-2804

        Kurt Lewis, Esq.
        Lewis, Meyers & Scheid, LLC
        2300 Fifteenth Street, Suite 320
        Denver, CO 80202