# LEWIS MEYERS & SCHEID LLC *ATTORNEYS*

Kurt Lewis
Liza Meyers
R. Daniel Scheid
S. Jan Cleveland
Stephen Erwin
Charlene Krogh
Ian R. Walsworth, Patent Agent

www.lewismeyers.com
RiverPoint Building
2300 Fifteenth Street, Suite 320
Denver, CO 80202
Telephone: 303.534.5040
Facsimile: 303.534.5039

March 4, 2005

**VIA FAX (617) 242-5566 and U.S. MAIL**

Rosemary A. Macero
Macero & Associates, P.C.
One Thompson Square, Suite 301
Boston, MA 02129

Re: **Qwest v. ConQwest**, Civil Action No. 04-11878-RCL

Dear Rosemary,

I appreciate our conversation yesterday. I look forward to seeing a proposal regarding settlement. This letter also confirms that my client does not have to respond to pending discovery until March 31, 2005 while we discuss settlement.

Sincerely,

LEWIS MEYERS & SCHEID LLC

Kurt Lewis

KSL:dlw

Intellectual Property & Commercial Litigation, Art & Entertainment Law, Business Transactions, Creditor Rights & Remedies,
Trademarks, Copyrights, Licensing, Trade Secrets, Unfair Competition, Technology & Internet, Computer Law, Trials and Appeals