# LEWIS MEYERS & SCHEID LLC *ATTORNEYS*

Kurt Lewis
Liza Meyers
R. Daniel Scheid
S. Jan Cleveland
Stephen Erwin
Charlene Krogh
Ian R. Walsworth, Patent Agent

www.lewismeyers.com
RiverPoint Building
2300 Fifteenth Street, Suite 320
Denver, CO 80202
Telephone: 303.534.5040
Facsimile: 303.534.5039

March 28, 2005

**VIA FAX (617) 242-5566 and U.S. MAIL**

Rosemary A. Macero
Macero & Associates, P.C.
One Thompson Square, Suite 301
Boston, MA 02129

Re: **Qwest v. ConQwest**, Civil Action No. 04-11878-RCL

Dear Rosemary,

    This letter is to confirm our conversation today in which you agreed to give Qwest until April 6, 2005 in which to respond to ConQwest's Requests for Production and Interrogatories. I appreciate your professional courtesy in this matter, and your concern for Kurt.

    Sincerely,

    LEWIS MEYERS & SCHEID LLC

    Charlene Krogh