# FAX

2005 NOV 22 PM 4:31

**Date**  November 22, 2005

*Number of Pages (including cover):*   3

| | | | |
|---|---|---|---|
| **TO:** | Heidi E. Harvey | **FROM:** | Richard F. Cheslofska |
| | <u>Fish & Richardson, P.C.</u> | | Macero & Associates |
| | | | One Thompson Square |
| | | | Suite 301 |
| | | | Boston, MA  02129 |
| **Phone** | 617-542-5070 | **Phone** | 617-242-5000 x 106 |
| **Fax** | 617-542-8906 | **Fax** | 617-242-5566 |

**Re:**   Qwest v. Conqwest

**REMARKS:**   ☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please Comment

Please see attached correspondence.

**RECEIVED**
NOV 2 2 2005
FISH & RICHARDSON, P.C.
BOSTON OFFICE

The documents accompanying this telecopy transmission may contain certain confidential or privileged information from this law firm. The information is intended to be for the use of the individual or entity named on this sheet. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is PROHIBITED. If you have received this telecopy in error, please notify this office by telephone as soon as possible so that arrangements may be made for retrieval.

Thank you.

# MACERO & ASSOCIATES, P.C.
Attorneys At Law
One Thompson Square
Suite 301
Boston, MA 02129

Phone (617) 242-5000
Fax   (617) 242-5566

November 22, 2005

**VIA FACSIMLIE AND FIRST CLASS MAIL**

Heidi E. Harvey
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

    Re:    <u>Qwest Communications International, Inc. v. Conqwest, Inc.</u>
            Civil Action No.: 04-cv-11878 RCL

Dear Ms. Harvey:

We are in receipt of your November 16, 2005 correspondence. Thank you.

As you know, this office represents the interests of Conqwest, Inc. with regard to the above referenced matter. This office served on your client its First Request for the Production of Documents on February 1, 2005 and its First Request for Interrogatories on February 11, 2005. To date, your client has only provided us with what we deem to be a wholly insufficient response to the Request for the Production of Documents. Further, your client has completely failed to respond to the First Request for Interrogatories. As your client has had more than ample time to gather the necessary documentation and to formulate its responses to the interrogatories, I am now requesting responses to both the Request for the Production of Documents and the First Request for Interrogatories by November 30, 2005 so as to avoid unnecessary motion practice.

In addition, as an attachment to your November 16, 2005 correspondence, you enclosed copies of archived screen shots which include a discussion of your client's acquisition of Icon CMT Corp. and SuperNet. Given that you now claim that the acquisition of these companies form the basis for your assertion that Qwest has been offering firewall and internet security products and services under the Qwest mark since December of 1998, their relevance is obvious. As such, we fully expect the inclusion of documents and responses relating to Quests acquisition of Icon CMT Corp. and SuperNet (and any other relative acquisitions), the technologies of each company, the services and products offered, and any other relevant information which form the basis for your client's claims.

Thank you for your continued cooperation to this matter.

Very truly yours,

*[signature]*

Richard F. Chesloîska, Esq.

Cc:  Kurt S. Lewis, Esq.