# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

December 2, 2005

Rosemary A. Macero, Esq.
Macero & Associates, P.C.
One Thompson Square
Suite 301
Boston, MA  02129

Re:  Qwest Communications v. Conqwest, Inc.
     USDC-D. Mass. (Boston) - Civil Action No. 04-cv-11878 RCL

Dear Ms. Macero:

Regarding your letter of November 21 have to disagree with your characterizations regarding discovery. The agreement to stay discovery was central to Qwest's voluntary agreement to mediate. That the agreement is still in place is reflected in the motion to extend the discovery deadlines that you submitted immediately after you received our most settlement proposal (paragraph 1):

```
1. The parties have had extended discussions regarding
settlement in this case and have delayed discovery and
conserved costs as a part of those discussions.
```

In any event, the continuation of that agreement was an assumption of our proposal, as I informed you. Your letter seems to indicate that your client, in fact, now requires or desires additional discovery to be able to assess the matter and feels that we should focus our efforts on the parties' mutual obligations in discovery, rather than continued, apparently ineffectual, correspondence regarding settlement.

In the event that I have misunderstood your position, our offer will remain open until 10 a.m. Eastern Daylight time on Monday, December 5th. If the offer is not accepted by the expiration time, we will report to the Court that voluntary mediation will not result in settlement of the case at this time and move that the order of reference be vacated. In the latter event, please let me know by Monday whether you will join in the motion to vacate the order of reference.

Very truly yours,

*/s/ Heidi E. Harvey*

Heidi E. Harvey

cc:  Kurt S. Lewis, Esq., Lewis Scheid