

**Media Information**

**Qwest Press Release**

October 01, 1997                                                          ▶ View printable version

## Qwest Acquires Internet Service Provider SuperNet

**Multimedia Communications Company Builds on Vision to Deliver Unparalleled Capacity for Next Generation of Data Services**

DENVER -- Qwest Communications International Inc. (Nasdaq: QWST) today announced an agreement to acquire SuperNet, a Denver-based Internet Service Provider (ISP) for $20 million.

Qwest also announced this week a strategic alliance with computer networking leader Cisco Systems, Inc. (Nasdaq: CSCO). Together, the companies will develop a multimedia broadband Internet network to support a new generation of multimedia business applications. The SuperNet acquisition and the Cisco alliance mark advancements on Qwest's vision to dramatically improve corporate connectivity.

"SuperNet brings Qwest exceptional technical and marketing talent in areas of the Internet, network engineering and virtual private networks," said Joseph P. Nacchio, Qwest president and CEO. "With its quality customer base and service record, SuperNet also gives Qwest further insights into the requirements and needs of our retail business and ISP customers."

"This is an exciting day for SuperNet," said Guy Cook, president of SuperNet. "As a result of the acquisition, our customers will enjoy the unmatched bandwidth capacity of the Qwest Network, and SuperNet can leverage Qwest's corporate resources for rapid expansion while maintaining the high quality service to business customers that we are known for."

One of the original National Science Foundation (NSF) networks that formed the Internet, SuperNet will continue to service its customers as a division of Qwest.

As businesses look to advanced communications technologies for faster, more efficient collaborative solutions, the Qwest network is poised to reliably deliver high-speed broadband capacity and the framework necessary to empower businesses with unprecedented network technology. The Qwest network is the first network designed with

**Press Releases
View by Quarter**

▶ 4th Quarter of 2005
▶ 3rd Quarter of 2005
▶ 2nd Quarter of 2005
▶ 1st Quarter of 2005
▶ 4th Quarter of 2004
▶ 3rd Quarter of 2004
▶ 2nd Quarter of 2004
▶ 1st Quarter of 2004
▶ 4th Quarter of 2003
▶ 3rd Quarter of 2003
▶ 2nd Quarter of 2003
▶ 1st Quarter of 2003
▶ 4th Quarter of 2002
▶ 3rd Quarter of 2002
▶ 2nd Quarter of 2002
▶ 1st Quarter of 2002
▶ 4th Quarter of 2001
▶ 3rd Quarter of 2001

- 2nd Quarter of 2001
- 1st Quarter of 2001
- 4th Quarter of 2000
- 3rd Quarter of 2000
- 2nd Quarter of 2000
- 1st Quarter of 2000
- 4th Quarter of 1999
- 3rd Quarter of 1999
- 2nd Quarter of 1999
- 1st Quarter of 1999
- 4th Quarter of 1998
- 3rd Quarter of 1998
- 2nd Quarter of 1998
- 1st Quarter of 1998
- 4th Quarter of 1997
- 3rd Quarter of 1997
- 2nd Quarter of 1997
- 1st Quarter of 1997
- 4th Quarter of 1996

enough capacity to send multimedia content - data, images and video - as seamlessly as voice. With strategic alliances like that announced with Cisco, the Qwest broadband Internet network will be capable of delivering telephony, fax, videoconferencing, whiteboarding, multicasting, dedicated and virtual network and other multimedia applications.

"The Qwest network will be the most advanced, largest fiber optic network in the world, making it possible for new technologies, services and solutions to benefit businesses and people around the globe," said Nayel Shafei, Qwest executive vice president/product development. "When businesses embrace new interactive communications tools, the Qwest network will be there - providing the mission-critical bandwidth and access. The capacity, speed and reliability of the Qwest network will aid in the development of new technologies like Internet telephony and real-time collaboration tools for businesses."

###

About Qwest Qwest Communications International, Inc. (Nasdaq: QWST) is a multimedia communications company building a high-capacity, fiber optic network for the 21st century. Qwest's planned domestic network will connect 125 cities, which represent approximately 80 percent of the data and voice traffic originating in the United States, upon its completion in the second quarter of 1999. Qwest is also extending its network 1,400 miles into Mexico with completion slated for late third quarter 1998. With its cutting-edge technology, Qwest will deliver high-quality voice, data and video connectivity securely and reliably to businesses, consumers and other communications service providers.

**Contact Information:**

Qwest Media Contact
Diane Reberger
(303) 291-1662
diane.reberger@qwest.com

Erin McKelvey
(303) 615-5070
emckelve@alexander-pr.com

Copyright © 2005 Qwest | Legal Notices | Privacy Policy