## The Commonwealth of Massachusetts

### Secretary of the Commonwealth
### State House, Boston, Massachusetts 02133

**William Francis Galvin**
**Secretary of the Commonwealth**

November 6, 2000

TO WHOM IT MAY CONCERN:

I hereby certify that according to the records of this office,

**CONQWEST, INC.**

is a domestic corporation organized on **March 22, 1999**, under the General Laws of the Commonwealth of Massachusetts.

I further certify that there are no proceedings presently pending under the Massachusetts General Laws Chapter 156B section 101 for said corporation's dissolution; that articles of dissolution have not been filed by said corporation; that, said corporation has filed all annual reports, and paid all fees with respect to such reports, and so far as appears of record said corporation has legal existence and is in good standing with this office.



In testimony of which,
I have hereunto affixed the
Great Seal of the Commonwealth
on the date first above written.

*William Francis Galvin*
Secretary of the Commonwealth

*MGL Chapter 156B Section 83A provides that certain consolidations and mergers may be filed with the division within thirty days <u>after</u> the effective date of the merger or consolidation.