**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

QWEST COMMUNICATIONS INTERNATIONAL
            Plaintiff(s)

V.

CONQWEST, INC.

            Defendant(s)

CIVIL ACTION

NO. 04-CV-11878-RCL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    REGINALD C. LINDSAY

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        _____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ]
    The parties were / were not present in person or by authorized corporate officer [except _____ ].
    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. Parties have filed a letter stating they do not wish to proceed with Mediation.

[ ]    Suggested strategy to facilitate settlement:

 1/31/06                                                  /S/ Joyce London Alexander
    DATE                                                  ADR Provider