**PACKAGE KING**
*MESSENGER SERVICE*
617.263.5323 PAGE / 617.625.0299 OFFICE

messenger # 5

date 1/30/06
slip #

PICK UP: H. HARVEY
JHL
225 FRANKLIN ST
BOSTON

account # 32225

one way ☒

DELIVER TO: Rosemary Macero
Macero + Assoc.
One Thompson Sq.
Suite 301
Boston, MA

*REFUSED BY ROSE MARY MACERO @ 5:50 1/30/06

round trip ☒

rush

os/ow

wait

REFERENCE # 14744-03244

PACKAGE KING P.O. Box 1242 BOSTON, MA 02104

X A[signature] 5:50
DOHERTY 6:05

other ☒
total

STATEMENT OF LIABILITY: LIABILITY IS LIMITED TO 100.00 PER SHIPMENT