

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Feb 7 04:16:01 EST 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | QWEST |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunication services, namely the electronic transmission of voice, data, and messages. FIRST USE: 19810428. FIRST USE IN COMMERCE: 19851030 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 74656899 |
| **Filing Date** | March 6, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 16, 1996 |
| **Registration Number** | **1966694** |
| **Registration Date** | April 9, 1996 |
| **Owner** | (REGISTRANT) Qwest Communications Corporation CORPORATION DELAWARE 555 Seventeenth Street Suite 1000 Denver COLORADO 80202 |
| | (LAST LISTED OWNER) QWEST COMMUNICATIONS INTERNATIONAL INC CORPORATION BY ASSIGNMENT DELAWARE 1801 CALIFORNIA ST. DENVER COLORADO 80202 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Christine P. Searls, Gretchen L. Prochaska, David R. Halvorson |

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20050907. |
| **Renewal** | 1ST RENEWAL 20050907 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY