

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | *e*Biz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Feb 7 04:16:01 EST 2006

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | REQWEST |
| **Goods and Services** | IC 038. US 100 101 104. G & S: TELECOMMUNICATIONS SERVICES, NAMELY, TELEPHONE COMMUNICATIONS SERVICES; ELECTRONIC TRANSMISSION OF VOICE, VIDEO, MESSAGES AND DATA; PROVIDING ACCESS TO A FIBER-OPTIC TELECOMMUNICATIONS NETWORK; PROVIDING MULTI-USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK, AND VIDEO CONFERENCING SERVICES. FIRST USE: 20000800. FIRST USE IN COMMERCE: 20000800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75567062 |
| **Filing Date** | October 7, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 4, 2001 |
| **Registration Number** | **2659826** |
| **Registration Date** | December 10, 2002 |
| **Owner** | (REGISTRANT) QWEST COMMUNICATIONS INTERNATIONAL INC. CORPORATION DELAWARE 555 Seventeenth Street Suite 1000 Denver COLORADO 80202 |
| **Attorney of Record** | Christine P. Searls, Gretchen L. Prochaska, David R. Halvorson |
| **Prior Registrations** | 1966694;2210992 |
| **Type of Mark** | SERVICE MARK |

**Register**              PRINCIPAL
**Live/Dead Indicator**   LIVE

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |