

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System(Tess)**

TESS was last updated on Tue Feb 7 04:16:01 EST 2006

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | QWEST. RIDE THE LIGHT |
| **Goods and Services** | IC 038. US 100 101 104. G & S: telecommunications services, namely, electronic transmission of voice, video, messages and data; IP telephony services; asynchronous transfer mode services; frame relay services; international call back services; providing access to a global computer information network; video conferencing services; multimedia network services, namely, providing telecommunications connections to a global computer network, namely, whiteboarding, multicasting, and dedicated and virtual network services. FIRST USE: 19971006. FIRST USE IN COMMERCE: 19971006 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75291977 |
| **Filing Date** | May 14, 1997 |
| **Current Filing Basis** | UNKNOWN |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 8, 1998 |
| **Registration Number** | 2327087 |
| **Registration Date** | March 7, 2000 |
| **Owner** | (REGISTRANT) QWEST COMMUNICATIONS INTERNATIONAL INC. CORPORATION DELAWARE 555 Seventeenth Street, Suite 1000 Denver COLORADO 80202 |
| **Attorney of Record** | Christine P. Searls, Gretchen L. Prochaska, David R. Halvorson |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | *e*BUSINESS | **HELP** | **PRIVACY POLICY**