```
From: Rosemary Macero [mailto:ram@macerolaw.com]
Sent: Monday, October 17, 2005 2:52 PM
To: 'Kurt Lewis'
Subject: Emailing: www.conqwest2005.com
```

Kurt,
This is really ridiculous.  They must immediately cease this use.

The message is ready to be sent with the following file or link attachments:

Shortcut to: http://www.conqwest2005.com/


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

```
From: Rosemary Macero [mailto:ram@macerolaw.com]
Sent: Monday, October 17, 2005 2:52 PM
To: 'Kurt Lewis'
Subject: Emailing: www.conqwest2004.com
```

Kurt,
Please call me to discuss!!!! ASAP and let me know how this is not a deliberate and knowing trademark violation of the ConQwest.

The message is ready to be sent with the following file or link attachments:

Shortcut to: http://www.conqwest2004.com/


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.