

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System(Tess)**

TESS was last updated on Tue Feb 7 04:16:01 EST 2006

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CONQWEST |
| **Goods and Services** | IC 042. US 100 101. G & S: Designing of internet security systems composed of software and hardware for others; Installation of internet security systems composed of software; Technical support services, troubleshooting of internet security systems composed of software and hardware. FIRST USE: 19990401. FIRST USE IN COMMERCE: 19990401 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 76050931 |
| **Filing Date** | May 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 18, 2005 |
| **Registration Number** | 2939026 |
| **Registration Date** | April 12, 2005 |
| **Owner** | (REGISTRANT) ConQwest, Inc. CORPORATION MASSACHUSETTS 84 October Hill Road Building #7 Holliston MASSACHUSETTS 01746 |
| **Attorney of Record** | Brian M. Dingman |

| | |
|---|---|
| **Description of Mark** | The name ConQwest is spelled with a larger "Q" overlapping the "n" and "w". The "Q" is royal blue. The remaining letters are black. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |