**UNITED STATE DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

———————————————————

| | |
|---|---|
| **QWEST COMMUNICATIONS INTERNATIONAL, INC.,** a Delaware corporation, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | )    **CIVIL ACTION NO.: 04-11878-RCL** |
| **v.** | ) |
| | ) |
| **CONQWEST, INC.,** a Massachusetts corporation, | ) ) |
| | ) |
| **Defendant.** | ) |
| ———————————————————— | ) |

**DEFENDANT'S MOTION TO COMPEL DEPOSITION OF ADAM RENNERT**

Defendant, CONQWEST, Inc. (hereinafter "Defendant"), respectfully moves this

Court to compel the deposition of Adam Rennert within the Commonwealth of

Massachusetts. For reasons set forth more fully in **Defendant's Memorandum in Support**

**of Motions to Compel Deposition of Donald DeRisi, Adam Rennert, Christine Searls,**

**Kelly Moravek, Douglas Kerry, Gary Waldner, and Rick Duffy**, filed herewith,

Defendant states that adequate notice for such deposition was provided and the deponent

failed to appear or present an alternate date. Defendant states that it has been informed by

Plaintiff's Counsel that Plaintiff refuses to produce any witness in the Commonwealth of

Massachusetts, including Adam Rennert, aside from the witness identified as the

Fed.R.Civ.P. 30(b)(6) deponent. Defendant states that the noticed deponents are employees

of the Plaintiff who were disclosed by the Plaintiff within Plaintiff's Initial Rule 26

Disclosure and within Plaintiff's Supplemental Rule 26 Disclosure. Disclosure and within

Plaintiff's Supplemental Rule 26 Disclosure. Disclosure and within Plaintiff's Supplemental

Rule 26 Disclosure as witnesses having relevant and material information to support the

Plaintiff's case.  The Plaintiff now refuses to produce said witness within the jurisdiction.  It

is a hardship on defendant to travel to seek relevant discoverable relative evidence to

Plaintiff's case and as such the Court must Order deponent be produced within the

jurisdiction.

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order:

1.      To compel Donald DeRisi to appear for his deposition within the

        Commonwealth of Massachusetts within five (5) days of the date of said

        Order;

2.      For costs associated with bringing the within Motion to Compel; and

3.      For such other and further relief as this Court deems necessary and just.

                                        Defendant,
                                        CONQWEST, Inc.
                                        By their attorneys,


                                        _____
                                        Rosemary A. Macero, BBO# 544271
                                        Macero & Associates, P.C.
                                        One Thompson Square, Suite 301
                                        Boston, MA  02129
                                        617-242-5000

Dated: February 8, 2006

<u>**CERTIFICATE OF SERVICE**</u>

        I, Rosemary A. Macero of Macero & Associates, P.C., hereby certify that on the
8th day of February, 2006, I caused a copy of the foregoing document to be served by
First Class Mail, postage prepaid, upon Heidi Harvey attorney for Qwest
Communications International, Inc., at 225 Franklin Street, Boston, MA 02110-2804.


                                        _____
                                        Rosemary A. Macero