Track Shipments
# Detailed Results

? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 661937908348 | **Reference** | 14744-032LL1 |
| **Signed for by** | L.MATOZZU | **Destination** | CHARLESTOWN, MA |
| **Ship date** | Feb 3, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Feb 6, 2006 10:16 AM | | |
| | | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 6, 2006** | 10:16 AM | **Delivered** | CHARLESTOWN, MA | |
| | 8:06 AM | On FedEx vehicle for delivery | SOUTH BOSTON, MA | |
| | 6:34 AM | At local FedEx facility | SOUTH BOSTON, MA | |
| **Feb 4, 2006** | 4:18 AM | At dest sort facility | EAST BOSTON, MA | |
| **Feb 3, 2006** | 8:15 PM | Picked up | SOUTH BOSTON, MA | |
| | 7:53 PM | At local FedEx facility | EAST BOSTON, MA | |
| | 6:48 PM | Package data transmitted to FedEx | | |

## Subscribe to tracking updates (optional)

**Your Name:**

**Your Email Address:**

**Email address**          **Language**                    **Exception updates**     **Delivery updates**

**Select format:**     HTML     Text     Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and
Conditions