

| | | |
|---|---|---|
| FedEx Express | | U.S. Mail: PO Box 727 |
| Customer Support Trace | | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | | |
| Module H, 4th Floor | | Telephone: 901-369-3600 |
| Memphis, TN 38116 | | |

02/10/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **661937908348**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 1 THOMPSON SQUARE |
| **Signed for by:** | L.MATOZZU | **Delivery date:** | Feb 6, 2006 10:16 |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 661937908348 | **Ship date:** | Feb 3, 2006 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
ROSEMARY A. MACERO
MACERO & ASSOCIATES, P.C.
ONE THOMPSON SQUARE
SUITE 301
CHARLESTOWN, MA 02129 US

**Shipper:**
OFFICE SERVICES
FISH AND RICHARDSON
225 FRANKLIN STREET
32ND FLOOR
BOSTON, MA 02210 US

**Reference**                         14744-032LL1

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339