IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11878 RCL

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,

    Plaintiff,

v.

CONQWEST, INC., a Massachusetts corporation,

    Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

*TO THE CLERK OF THE ABOVE COURT:*

Please withdraw my appearance as counsel for Plaintiff Qwest Communications International, in the above-entitled action. Please note that successor counsel, Thomas A. Brown and Heidi E. Harvey of Fish & Richardson, P.C., have already entered an appearance for the Plaintiff in this matter.

                              /s/ Raymond P. Ausrotas
                              Raymond P. Ausrotas, Esq.
                              BBO# 630216
                              TODD & WELD LLP
                              28 State Street
                              Boston, MA 02109
                              (617) 720-2626
                              rausrotas@toddweld.com

Dated: February 22, 2006

## CERTIFICATE OF SERVICE

I, Raymond P. Ausrotas, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) on this date.

                              /s/ Raymond P. Ausrotas
                              Raymond P. Ausrotas

Date: February 22, 2006