UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

QWEST COMMUNICATIONS
INTERNATIONAL, INC.,

        Plaintiff,

  v.

CONQWEST, INC.,

        Defendant.

Civil Action No. 04-cv-11878 RCL

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that each of the plaintiff's claims and each of the defendant's counterclaims is dismissed with prejudice. Each party will bear its own costs, fees, and expenses.

Dated: May 19, 2006

| | |
|---|---|
| /s/ Thomas A. Brown | /s/ Rosemary A. Macero |
| Heidi E. Harvey (BBO# 548114) | Rosemary A. Macero (BBO #544271) |
| Thomas A. Brown (BBO #657715) | MACERO & ASSOCIATES, P.C. |
| FISH & RICHARDSON P.C. | One Thompson Square, Suite 301 |
| 225 Franklin Street | Boston, MA  02129 |
| Boston, MA  02110-2804 | Tel: (617) 242-5000 |
| Tel:  (617) 542-5070 | Attorney for Defendant |
| Fax: (617) 542-8906 | |
| Attorneys for Plaintiff | |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of May, 2006.

                                                        /s/ Thomas A. Brown

                                                        Thomas A. Brown